# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARK MOSS,** | ) |
| **Plaintiff,** | ) |
| Vs. | ) CASE NO.  2:22-CV-01298-NAD |
| **BIRMINGHAM-JEFFERSON COUNTY TRANSIT AUTHORITY,** | ) |
| **Defendant.** | ) |

## NOTICE OF APPEARANCE

COMES NOW Timothy P. Donahue, Sr. of the law firm of Donahue & Associates, LLC and files his Notice of Appearance as counsel on behalf of defendant, Birmingham-Jefferson County Transit Authority.

Respectfully submitted,

/s/ *Timothy P. Donahue, Sr.*
Timothy P. Donahue, Sr. (DON014)
*Attorney for Defendant*
**DONAHUE & ASSOCIATES, LLC**
1020 22nd Street South
Birmingham, Alabama 35205
205-871-8858
timdonahue@donahue-associates.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 4th day of April, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via AlaFile and notification sent to all counsel of record as follows:

*Attorney for Plaintiff*
Allen D. Arnold, LLC
6 Office Park Circle, Suite 209
Mountain Brook, AL 35223

                                        /s/ *Timothy P. Donahue, Sr.*
                                        OF COUNSEL